# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:14CR65**

V.

**ORDER**

**SYLVESTER STEWART MILLER**

---

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion, (Doc. No. 63) Motion to Seal Government's Motion for Continuance and remain sealed until further order of the court.

**IT IS ORDERED**, that United States Attorney's Motion (Doc. No.63) is **GRANTED.**

Signed: October 13, 2021

Frank D. Whitney
United States District Judge